People v Chambers (2025 NY Slip Op 00925)

People v Chambers

2025 NY Slip Op 00925

Decided on February 18, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 18, 2025

Before: Kern, J.P., Moulton, Kapnick, Gesmer, Pitt-Burke, JJ. 

Ind. No. 1086/21 Appeal No. 3689 Case No. 2022-05495 

[*1]The People of The State of New York, Respondent,
v
Toqan Chambers Also Known as Taqon Chambers, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Cathy Liu of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Kevin A. Peterson of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Marsha D. Michael, J.), rendered July 01, 2022,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 18, 2025
Counsel for appellant is referred to
§ 606.5, Rules of the Appellate Division,
First Department.